No. 150, Misc.   Nor Woods *v.* California.   District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 155, Misc.   Luse *v.* California et al.   C. A. 9th Cir.   Certiorari denied.

No. 158, Misc.   Carney *v.* Anderson et al.   Supreme Court of Mississippi.   Certiorari denied.

No. 161, Misc.   In re Estate of Garrett.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 133, Misc.   Paonessa *v.* New York.   Petition for writ of certiorari to the Court of Appeals of New York denied for the reason that application therefor was not made within the time provided by law.   28 U. S. C. § 2101 (c).   *Stephen Bienieck* for petitioner.   *Burton C. Meighan* for respondent.